IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HARPER FAMILY LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and U.S. DEPARTMENT OF INTERIOR,<br><br>    Defendants. | CV 25-85-M-KLD<br><br>**ORDER** |

    Plaintiff moves for the admission of Brandon L. Jensen to practice before this Court in this case with Katherine C. Holliday to act as local counsel. Mr. Jensen's application appears to be in order.

    Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Brandon L. Jensen pro hac vice is GRANTED on the condition that Mr. Jensen shall do his own work. This means that Mr. Jensen must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Jensen, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 9th day of September, 2025.

*/s/ Kathleen L. DeSoto*
_____
Kathleen L. DeSoto
United States Magistrate Judge